**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

LIESE BEHRINGER,
    Plaintiff,

v.                                                    Case No. 21-CV-1520-CL

CITY OF ASHLAND, et al.,
    Defendants.

**NOTICE OF ISSUANCE OF SUBPOENA**

      PLEASE TAKE NOTICE THAT the attached subpoenas to Medford Police Department has been issued and will be served.

      Respectfully submitted, this Sixteenth day of January, 2024.

                                                  <u>s/Joy Bertrand</u>
                                                  Joy M. Bertrand, Esq.
                                                  Attorney for the Plaintiff

PO Box 2734
Scottsdale, AZ  85252-2734
Office – 602-374-5321
Fax – 480-361-4694
Email – joy@joybertrandlaw.com
www.joybertrandlaw.com


The foregoing served via PACER and email
this Sixteenth day of January, 2024 to:

Jennifer Oetter
Counsel for Providence Health and Services
Jennifer.Oetter@lewisbrisbois.com

Tom Armosino
Counsel for the City of Ashland Defendants
Armosino@fdfirm.com

s/Joy Bertrand
Joy Bertrand